**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

__________ District of __________

Case number (*If known*): ______________________

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

FILED

2023 AUG 17 A 11:47

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Carl<br>First name<br>Christopher<br>Middle name<br>Crespo<br>Last name<br>Jr<br>Suffix (Sr., Jr., II, III) | First name<br>Middle name<br>Last name<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br>Middle name<br>Last name<br>First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) | First name<br>Middle name<br>Last name<br>First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 5 0 2 2<br>OR<br>9 xx – xx – ____ | xxx – xx – ____<br>OR<br>9 xx – xx – ____ |

Debtor 1 Carl C Crespo Jr
First Name Middle Name Last Name

Case number (if known) ______

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN __ __ – __ __ __ __ __ __ __<br>EIN __ __ – __ __ __ __ __ __ __ | EIN __ __ – __ __ __ __ __ __ __<br>EIN __ __ – __ __ __ __ __ __ __ |
| **5. Where you live** | 32 Meadow Road<br>Number Street<br><br>Cromwell CT 06416<br>City State ZIP Code<br>Middlesex<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number Street<br><br>City State ZIP Code<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 Carl C Crespo Jr — First Name Middle Name Last Name — Case number (if known) ______

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______

District ______ When ______ (MM / DD / YYYY) Case number ______

District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes. Debtor ______ Relationship to you ______

District ______ When ______ (MM / DD / YYYY) Case number, if known ______

Debtor ______ Relationship to you ______

District ______ When ______ (MM / DD / YYYY) Case number, if known ______

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 Carl C Crespo Jr
First Name Middle Name Last Name

Case number (if known)

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Crossbow Renovations
Name of business, if any

32 Meadow Road
Number Street

Cromwell CT 06416
City State ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1 Carl C Crespo Jr
First Name Middle Name Last Name

Case number (if known)

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number Street

City State ZIP Code

Debtor 1 Carl C Crespo Jr
First Name Middle Name Last Name

Case number (if known)

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Carl C Crespo Jr
First Name Middle Name Last Name

Case number (if known)

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ [signature] ✗
Signature of Debtor 1 Signature of Debtor 2

Executed on 08 17 2023 Executed on
MM / DD / YYYY MM / DD / YYYY

Debtor 1 Carl C Crespo Jr
First Name Middle Name Last Name

Case number (if known)

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

- ☐ No
- ☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

- ☐ No
- ☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

- ☑ No
- ☐ Yes. Name of Person________________.
  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| | |
|---|---|
| ✘ Carl C Crespo Jr | ✘ |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date 08 17 2023 MM / DD / YYYY | Date MM / DD / YYYY |
| Contact phone | Contact phone |
| Cell phone | Cell phone |
| Email address | Email address |

# Section 2 - Property

## Part A. Real Estate (Schedule A)

List all real estate which you own or are a joint owner of, even if you still owe money on the property.

| Address and Description of Property | Owned by husband, wife, both or community? | Market Value | Your % ownership, or $ amount of equity, if you and spouse are not sole owners | **List all Mortgages, home equity loans, and liens:** What is the $ value of the loan, lien, or mortgage? Who issued the lien, loan or mortgage? (Name, Address of Institution) | **Office Use Only** Exemptions? |
|---|---|---|---|---|---|
| 32 Meadow Road<br>Cromwell CT 06416 | Both | 450,000 | NA | McCue Mortgage<br>1 Liberty Square<br>New Britain CT 06051 Balance - $380,000.00 | |
| 32 Meadow Road<br>Cromwell CT 06416 | Both | 450,000 | NA | EMAP - Emergency Protection Program<br>999 West Street<br>Rockyhill CT 06067 - Balance $103,000.00 | |
| 32 Meadow Road<br>Cromwell CT 06416 | Both | 450,000 | NA | Capital For Change<br>10 Alexander Drive<br>Wallingford CT 06492 - $3,000.00 | |
| | | | | | |
| | | | | | |

## Part B. Personal Property (Schedule B)

For each type of property listed below, indicate whether you own any property of that category, and, if you do, fill in the remaining information. You can think of the market value as the *resale* value.

| Type of Property | Do you have any? Yes/No | Description & Location | Owned by husband, wife, both or community? | Market/Sale Value | **Office Use Only** Exemptions? |
|---|---|---|---|---|---|
| 1. Cash on hand | YES | $700 - 32 Meadow Road Cromwell CT 06416 | Myself | $700.00 | |
| 2. Checking/savings account, certificates of deposit, other bank accounts | YES | $6000 - 32 Meadow Road Cromwell CT 06416 | Myself | $6,000.00 | |
| 3. Security deposits held by utility companies, landlord, or others | NA | NA | NA | NA | |
| 4. Household goods, furniture, including audio, video, and computer equipment | YES | Furniture: 1 - Dining Room Set, 1 - Couch 1 - Love Seat, 3 - Book Shelves 2 Bedroom Sets, Office Desk,<br>Electonics: 3 TV's, 1 Laptop, 1 Pad, 2 Iphones | Both | $8,800.00<br>$5,000.00 | |
| 5. Books, pictures, art objects, records, compact discs, collectibles | NA | NA | NA | NA | |

| Type of Property | Do you have any? Yes/No | Description & Location | Owned by husband, wife, both or community? | Market/Sale Value | **Office Use Only** Exemptions? |
|---|---|---|---|---|---|
| 6. Clothing | Yes | Mens Wardrobe: 6 Jeans, 10 Tshirts, 15 Dress Shirts, 2 Sneakers, 1 Shoes | Myself | | |
| 7. Furs and jewelry | Yes | 1 Watch, 1 Gold Chain | | | |
| 8. Sports, photographic, hobby equipment, firearms | NA | Type text here | | | |
| 9. Interest in insurance policies-specify refund or cancellation value | NA | | | | |
| 10. Annuities | NA | | | | |
| 11. Interests in pension or profit sharing plans | NA | | | | |
| 12. Stock and interests in incorporated/ unincorporated business | NA | | | | |
| 13. Interests in partnerships/joint ventures | NA | | | | |
| 14. Bonds | NA | | | | |
| 15. Accounts receivable | NA | | | | |
| 16. Alimony/family support to which you are entitled | NA | | | | |
| 17. Other liquidated debts owed to you, including tax refunds | NA | | | | |

| Type of Property | Do you have any? Yes/No | Description & Location | Owned by husband, wife, both or community? | Market/Sale Value | **Office Use Only** Exemptions? |
|---|---|---|---|---|---|
| 18. Equitable or future interests or life estates | NA | | | | |
| 19. Interests in estate of descendent or life insurance plan or trust | NA | | | | |
| 20. Other contingent/ unliquidated claims, including tax refunds, counterclaims | NA | | | | |
| 21. Patents, copyrights, other intellectual property | NA | | | | |
| 22. Licenses, franchises | NA | | | | |
| 23. Automobiles, trucks, trailers, and accessories. | Yes | Year, Make, Model, Miles<br>- Dodge Ram 1500 Classic | | | |
| 24. Boats, motors, and accessories | NA | | | | |
| 25. Aircraft and accessories | NA | | | | |
| 26. Office equipment, supplies | NA | | | | |
| 27. Machinery, fixtures etc. for business | NA | | | | |

| Type of Property | Do you have any? Yes/No | Description & Location | Owned by husband, wife, both or community? | Market/Sale Value | **Office Use Only** Exemptions? |
|---|---|---|---|---|---|
| 28. Inventory | NA | | | | |
| 29. Animals | NA | | | | |
| 30. Crops-growing or harvested | NA | | | | |
| 31. Farming equipment and implements | NA | | | | |
| 32. Farm supplies, chemicals, feed | NA | | | | |
| 33. Other personal property of any kind not listed. | NA | | | | |

# Section 3 - Debts

List below all debts that you owe, or that creditors claim that you owe.

| Type of Debt | 1. Creditor Name and Address<br>2. Date/Range of dates when debt was incurred<br>3. Account Number, if any<br>4. Contact person's name and address, if different | Amount owed | What is the debt for? Describe the collateral for this loan, if any. What is the estimated value of the collateral? | Is there a codebtor, someone else who can be held responsible for the debt? If so, his/her name and address: | Do you dispute the debt? | *Office Use Only* Sched. D, E or F? | Notes: lawsuit pending? Collection agency or attorney assigned? |
|---|---|---|---|---|---|---|---|
| Home loans/ Mortgages | McCue Mortgage<br>1 Liberty Square<br>New Britain CT 06051 Balance | $380,000 | Mortgage | Karen Marie Crespo | No | | |
| Car/vehicle loans | | | | | | | |
| Other bank loans | EMAP - Emergency Protection Program<br>999 West Street<br>Rockyhill CT 06067 | $103,000 | 2nd Mortgage | Karen Marie Crespo | No | | |

| Type of Debt | 1. Creditor Name and Address<br>2. Date/Range of dates when debt was incurred<br>3. Account Number, if any<br>4. Contact person's name and address, if different | Amount owed | What is the debt for? Describe the collateral for this loan, if any. What is the estimated value of the collateral? | Is there a codebtor, someone else who can be held responsible for the debt? If so, his/her name and address: | Do you dispute the debt? | *Office Use Only* Sched. D, E or F? | Notes: lawsuit pending? Collection agency or attorney assigned? |
|---|---|---|---|---|---|---|---|
| Personal (non-bank) loans | NA | | | | | | |
| Student Loans | NA | | | | | | |
| Major credit card debts (Visa, Am Ex, MasterCard, Discover) | NA | | | | | | |

| Type of Debt | 1. Creditor Name and Address<br>2. Date/Range of dates when debt was incurred<br>3. Account Number, if any<br>4. Contact person's name and address, if different | Amount owed | What is the debt for? Describe the collateral for this loan, if any. What is the estimated value of the collateral? | Is there a codebtor, someone else who can be held responsible for the debt? If so, his/her name and address: | Do you dispute the debt? | *Office Use Only* Sched. D, E or F? | Notes: lawsuit pending? Collection agency or attorney assigned? |
|---|---|---|---|---|---|---|---|
| Department store credit card debts | NA | | | | | | |
| Other credit card debts (Gas cards, phone cards, etc.) | NA | | | | | | |
| Unpaid utility bills | Eversource Electric | $14,000.00 | | | | | |

| Type of Debt | 1. Creditor Name and Address<br>2. Date/Range of dates when debt was incurred<br>3. Account Number, if any<br>4. Contact person's name and address, if different | Amount owed | What is the debt for? Describe the collateral for this loan, if any. What is the estimated value of the collateral? | Is there a codebtor, someone else who can be held responsible for the debt? If so, his/her name and address: | Do you dispute the debt? | *Office Use Only* Sched. D, E or F? | Notes: lawsuit pending? Collection agency or attorney assigned? |
|---|---|---|---|---|---|---|---|
| Unpaid rent | NA | | | | | | |
| Unpaid taxes | Town Of Cromwell Car Tax | $1500.00 | | | | | |
| Unpaid alimony or child support | NA | | | | | | |
| Unpaid service fees (to attorneys, accountants, etc.) | NA | | | | | | |
| All other unpaid debts/bills | NA | | | | | | |

## Section 4 - Unexpired Leases and Contracts (Schedule G)

List below any lease or contracts that are still current that you are party to. Include residential, car and business leases, and service or business contracts.

| Nature and Description of Contract | Name and Address of Other Party or Parties | Date that Contract Expires |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |