# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–3 | User: admin | Date Created: 8/17/2023 |
| Case: 23–30599 | Form ID: pdfdoc2 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Carl Christopher Crespo, Jr          32 Meadow Road          Cromwell, CT 06416

TOTAL: 1