# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−3 | User: admin | Date Created: 08/17/2023 |
| Case: 23−30599 | Form ID: 309I | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Carl Christopher Crespo, Jr | 32 Meadow Road | Cromwell, CT 06416 | | |
| ust | U. S. Trustee | Office of the U.S. Trustee | Giaimo Federal Building | 150 Court Street, Room 302 | New Haven, CT 06510 |
| tr | Roberta Napolitano | Chapter 13 Trustee | 10 Columbus Boulevard | Ste 6th Floor | Hartford, CT 06106 |

TOTAL: 3